■ In the Matter of **Eloise M. Nurse**, a Suspended Attorney. [746 NYS2d 255] —Petitioner reinstated as an attorney and

counselor-at-law in the State of New York, effective the date hereof, as indicated. No opinion. Concur—Nardelli, J.P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.